

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2014

No. 04-13-00069-CV

**TARRANT COUNTY DEMOCRATIC PARTY,** Steve Maxwell, In His Official Capacity as
Chair of the Tarrant County Democratic Party, Texas Democratic Party; and Gilberto Hinojosa,
In His Official Capacity as Chair of the Texas Democratic Party,
Appellants

v.

John **STEEN**, in his official capacity as Secretary of State of Texas,
Appellee

From the 345th District Court, Travis County, Texas
Trial Court No. D-1-GN-09-00172
The Honorable Amy Clark-Meachum, Judge Presiding

# O R D E R

Sitting:        Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Sandee Bryan Marion, Justice[1]
                Marialyn Barnard, Justice, dissenting with opinion
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

       The Court has considered the Motion for En Banc Reconsideration filed Appellee
Nandita Berry, in her official capacity as Texas Secretary of State.  The Motion for En Banc
Reconsideration is DENIED.

       It is so **ORDERED** on May 5, 2014.

**PER CURIAM**

Attested to:_____
           Keith E. Hottle
           Clerk of Court



---

[1] Not participating.
.